UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 07-50132-AWB |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| vs. | ) | **AND RECOMMENDATIONS** |
| | ) | **AND DENYING MOTION TO** |
| THOMAS BURLEY, | ) | **SUPPRESS** |
| | ) | |
| Defendant. | ) | |

    Defendant in the above-captioned case seeks to suppress evidence seized by police on August 18, 2007, and subsequent statements made by Defendant to law enforcement.  Docket 17.  The Government opposes the motion.  Docket 22.  A hearing on this motion was held in front of Magistrate Judge Veronica L. Duffy on October 20, 2008, and she issued her report and recommendations the next day, recommending denial of the motion to suppress.  Docket 24.  Neither party has objected to the magistrate judge's report and recommendations.

    28 U.S.C. § 636(b)(1)(C) requires the Court to review those portions of the report and recommendations to which a party objects.  It also states that the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  Even though neither party has objected to the magistrate judge's conclusions, the Court carefully reviewed the filings in this case and the magistrate judge's report and recommendations, and it adopts them in their entirety.

Therefore, good cause appearing, it is hereby

ORDERED that the magistrate judge's report and recommendations, Docket 24, is adopted in full.

IT IS FURTHER ORDERED that Defendant's motion to suppress, Docket 17, is DENIED.

Dated November 18, 2008.

BY THE COURT:

/s/ *Andrew W. Bogue*
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE